**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| DAVID ROWE, | : | **Hon. Noel L. Hillman** |
| Petitioner, | : | Civil No. 10-0023 (NLH) |
| v. | : | |
| FED. BUREAU OF PRISONS, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this 23rd day of February, 2010,

ORDERED that Petitioner's application to proceed in forma pauperis is GRANTED; and it is further

ORDERED that the Petition is DISMISSED for lack of standing; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

/s/ NOEL L. HILLMAN
**NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey